UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
HARRY PUN

CASE NO.  09-19418-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 855.05 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 2-8-16

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

HARRY PUN  
14420 NW 11 COURT  
MIAMI, FL 33168

JAMES W. SCHWITALLA, ESQUIRE  
12954 S.W. 133RD COURT  
MIAMI, FL 33186

THE PALMS COUNTRY CLUB &  
RESORT COA, INC  
7380 SAND LAKE RD #600  
ORLANDO, FL 32819

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   09-19418-BKC-RAM
HARRY PUN

                         CHAPTER 13

HARRY PUN

14420 NW 11 COURT
MIAMI, FL 33168


JAMES W. SCHWITALLA, ESQUIRE
12954 S.W. 133RD COURT
MIAMI, FL 33186


THE PALMS COUNTRY CLUB &         ---------$            855.05
RESORT COA, INC
7380 SAND LAKE RD #600
ORLANDO, FL 32819                                UNDELIVERABLE/STALE
                                                 CLAIM REGISTER# 5

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130